**FILED**

AUG 2 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

17935 BOWMAN ROAD
COTTONWOOD, CALIFORNIA

CASE NO.  3:12-SW-0037 CMK

[PROPOSED] ORDER UNSEALING SEARCH
WARRANT AND APPLICATION

The government's request to unseal the application and search warrant in the above

case is GRANTED.

SO ORDERED.

DATED:  ___8/22/13___                    _Dale A. Drozd_____

                                          HON. DALE A. DROZD
                                          U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and          1
Application